UNITED STATES DISTRICT COUNT
FOR THE
_____DISTRICT OF_____

AH DIN, A# 212-023-180,
Plaintiff,
V.
Dr.. Link & Nurse administrator,

Defendants.

Case NO. 17 CV 1065 V

FILED
OCT 23 2017
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## COMPLAINT

### JURISDICTION

1.) This is a civil action brought pursuant to bivens V. six federal officers by a immigration detainee.

2.) Jurisdiction is conferred upon this count by 28 U.S.C. § 1346 (b).

3.) Pursuant to 28 U.S.C. § 2675 (a) the claim set forth herein was presented to the nurse adnim. on OCT.5, 2017 int he form of a grievance.

### VENUE

4.) Venue is proper in the western DISTRICT OF N.Y Pursuant to 28 U.S.C. § 1402 (B).

### PARTIES

5.) Plaintiff Burma Is a Citizen of U.S Plainitiff resides at B,F,D,F 4250 federal Drive,Batavia,NY 14020,Within the jurisdiction of this count . the alleged of omission at issue occurred in the western District of N.Y .

6.) defendants are Dr. Link and nurse administrator are located at the same address above.

## FACTS

**7.)** On or around Sep 7, 2017,
At the time of the incident i was located in B1 unit. I was sitting on a a chair watching T.V, kind of a leaning backward position. I was about getting up to go to my cell, using both my hands to pull myself over when my lower back made a cracking sound. I let go then try again and couldn't get up. I sat back let the pain subside for some minutes than after much effort i finally got myself off the chair. By the time i reach my cell the pain was becoming unbearable. Later that night, around 9.00 o'clock I was taken to a hospital. There after taken x-ray i was given a shot and a pill. I was released at around 3.00 am and was told that the diagnosis will be forwarded to the facility including prescription. Now at the facility i was administered Ibuprophen that never relieved me from my pain. If it wasn't for the hot water using it 2-3 times a day, we got from the shower, I wouldn't know what i would do for relief. Finally in six days i received medication that was prescribed by the hospital's doctor and it was discontinued two days later. Then i got from bad to worse the pain got so excruciating that i had another x-ray taken on sept 22nd. When nothing was done about my situation, I decided to have a serious talk with Dr.Link who had me to believe it was nothing that ibuprophen cannot take care. The true revelation came when Dr.Quinones went to my file and found out in fact there is a crack in my lower back and Dr.Link was aware of it and has been going all wrong about my condition. At this point i decided to seek legal action..

## CAUSE OF ACTION

**8.)** The actions of Dr.Link in not explaining to me, what was the problem with my back after ordering the x-ray knowing i was'nt walking properly holding my back alot whenever i did and instead only giving me muscle relaxers ibuprofens for the pain i was enduring was and or is medical malpractice because nothing has changed for the better, Iam still in pain can't walk properly (see surveillance cameras of A-1 unit), thus constituting cruel and unusual treatment in violation of my 8th amendment right, as protected under the U.S constitution.

The actions of the facilitys nurse administrator in not looking into this matter, after learning about it through my grievance, when he/she has such authority and it is his/her job to do so was a deliberate indifference to my medical needs and constituted a violation of my 8th amendment right as protected under the U.S constitution.

## RELIEF REQUESTED

**9.)** Wherefore, I respectfully re alleges and incorporate by reference, herein, paragraph line # 1-9, pursuant to bivens v.six federal defendants, be granted as follows.
  A. Declaring that the actions of the defendant were medical mal-pratice and deliberately in different.\
  B. Awarding compenatory damages against these defendants individually and jointly in the sum of one hundred thousand dollars (100,000.00 $) for violating plaintiffs costitutional rights and causing him continous pain for over a 1 month
  C. Awarding punitive damages for plaintiffs against these defendants for causing him psychological and mental pain
    For my other and futher relief as the court may be deem just and proper

Respectfully by.
X _____
**AH DIN    A#212-023-180**

Ahdin
A# 212-023-180
Buffalo federal Detention facility
4250 federal Drive
Batavia, NY 14020

BUFFALO NY 142
19 OCT 2017 PM 6 L



To
U.S. District Court
western District of NY
100 state ST.
Rochester, New York 14614

14614-136899